UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                         Case No. 2:15-cr-93-FtM-38MRM

SIJAMES MELUS

_____

## ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States of America's motion for an order of forfeiture against the defendant in the amount of $1,726,604.52.

Being fully advised of the relevant facts, the Court hereby finds that at least $1,726,604.52 was obtained by the defendant from his participation in the conspiracy to commit mail fraud, for which he pled guilty.

Accordingly, it is now

**ORDERED** that for good cause shown, the United States' motion is GRANTED.

It is **FURTHER ORDERED** that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held liable with for an order of forfeiture in the amount of $1,726,604.52.

It is **FURTHER ORDERED** that, because the defendant dissipated or otherwise spent the $1,726,604.52 in proceeds that he directly obtained in connection with Parkway Medical & Rehab LLC ("Parkway") and T&C Consultants d/b/a Collier Chiropractic Center ("Collier Chiropractic"), the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), forfeiture of any of the defendant's property up to the value of $1,726,604.52.  Co-defendant Garry Joseph is liable for a money judgment in the amount

of $1,986,829.86 (Doc. 57), relating to Parkway, Collier Chiropractic, and another clinic. Nesly Loute is liable for a money judgment in the amount of $2,076,935.27, relating to Parkway, Collier Chiropractic, and other clinics. Once the balance of the forfeiture order equals the co-defendants' balance, any payment by one will be credited to all.

It is **FURTHER ORDERED** that, upon entry, this order shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and for any substitute assets that the United States may be entitled to seek up to the amount of the order of forfeiture.

**DONE and ORDERED** in Fort Myers, Florida, this 3rd day of July, 2018.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
Charles D. Schmitz, AUSA
Counsel of Record