UNITED STATES GOVERNMENT

# memorandum

**DATE:** July 28, 2021

**REPLY TO ATTN OF:** Monica Holsteen
United States Probation Officer – Fort Myers Division

**SUBJECT:** **Sijames Melus, Docket No.: 2:15-cr-93-SPC-MRM**
Notification of Self-Deportation

**TO:** The Honorable Sheri Polster Chappell
United States District Judge

### COURT HISTORY:

On October 15, 2018, Melus pled guilty to Conspiracy to Commit Mail Fraud and was sentenced to 46 months imprisonment followed by three (3) years of supervised release. The following special conditions were imposed: participate in a substance abuse program, provide access to any requested financial information, cooperate in the collection of DNA, VCCA drug testing, comply with deportation if ordered by the Department of Homeland Security, $100.00 assessment fee, and pay $1,691,771.73 in restitution.

### SUPERVISION HISTORY:

Melus commenced his term of supervised release on January 29, 2021 and is due to terminate supervised release on January 28, 2024. The Court was notified on May 5, 2021 of his inability to make restitution payments due to having no income.

Melus is a native of Haiti and his wife and children continue to reside in Haiti. On June 23, 2021, Melus informed the Probation Office that he would be self-deporting back to Haiti on June 25, 2021. He also advised that he has no plans of returning to the United States. Probation instructed Melus that as a special condition of his supervision, he cannot return to the United States unless authorized by the Secretary for the Department of Homeland Security or an appropriate immigration authority.

On July 13, 2021, Immigration Agent Donald Evans confirmed Melus' departure from the United States and records show him onboard a flight to Port-au-Prince, Haiti on June 25, 2021, at 0700 hours.

### RECOMMENDATION:

The Probation Office will continue to monitor Melus' status in the event he returns to the United States. No action is requested by the Court at this time.

| Respectfully Submitted: | Approved By: |
|---|---|
| /s/ Monica Holsteen | /s/ Carlos Colon |
| Monica Holsteen | Carlos Colon |
| United States Probation Officer | Assistant Deputy Chief Probation Officer |
| (239) 461-2087 | (813) 301-5844 |

cc: Joseph C. Collins, Chief
United States Probation Officer

The Honorable Sheri Polster Chappell
RE: Melus, Sijames
July 28, 2021
Page 2

APPROVED: _____*Sheri Polster Chappell*_____     July 29, 2021
Sheri Polster Chappell                            Date
United States District Judge

DISAPPROVED: _____     _____
Sheri Polster Chappell                            Date
United States District Judge

COMMENTS: